BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASMYNN RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RIVER INSURANCE; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO. 2:21-cv-00545-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(First Request)** |

Plaintiff, JASMYNN RUSSELL, and Defendant, JAMES RIVER INSURANCE COMPANY, through their respective counsel submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. <u>Summary of Discovery Completed</u>

To date, the following discovery has been completed in this case:

| **ITEM** | **DATE COMPLETED** |
|---|---|
| Plaintiff's Initial FRCP 26(a) Disclosures | June 8, 2021 |

| | |
|---|---|
| Defendant's Initial FRCP 26(a) Disclosures | June 28, 2021 |
| Plaintiff's First Set of Interrogatories to Defendant | July 1, 2021 |
| Plaintiff's First Set of Requests for Production | July 1, 2021 |
| Defendant's Responses to First Set of Interrogatories | August 13, 2021 |
| Defendant's Responses to First Set of Requests for Production of Documents | August 13, 2021 |
| Defendant's First Supplemental Disclosures | August 13, 2021 |
| Defendant's First Set of Interrogatories to Plaintiff | August 31, 2021 |
| Defendant's First Set of Requests for Production of Documents to Plaintiff | August 31, 2021 |
| Defendant First Set of Requests for Admission to Plaintiff | August 31, 2021 |
| Plaintiff's Answers to Defendant's Interrogatories | October 4, 2021 |
| Plaintiff's Responses to Defendant's Requests for Production of Documents | October 4, 2021 |
| Plaintiff's Responses to Defendant's Requests for Admission | October 4, 2021 |
| Defendant's Second Set of Interrogatories to Plaintiff | September 30, 2021 |
| Defendant's Second Set of Requests for Production of Documents to Plaintiff | October 4, 2021 |
| Defendant's Second Set of Requests for Admission to Plaintiff | October 4, 2021 |
| Defendant's Expert Witness Disclosure | October 7, 2021 |

In addition, Plaintiff has served Notice of Taking Custodian of Record Depositions regarding Plaintiff's medical providers.

. . .

. . .

2. Discovery Remaining:

The following discovery remains to be completed:

1) Deposition of Person(s) Most Knowledgeable for Defendant;

2) Deposition of Plaintiff;

3) Deposition(s) of percipient witnesses;

4) Deposition(s) of treating physicians;

5) Plaintiff's Disclosure of Expert Witnesses;

6) Disclosure of Rebuttal Expert Witnesses, if applicable;

7) Deposition(s) of all Expert Witnesses; and

8) Defendant is continuing to obtain Plaintiff's medical records from the subpoenaed medical providers.

3. Reason Why Discovery Was Not Completed

Discovery in this matter is currently scheduled to close on December 6, 2021 with initial expert disclosures due by October 7, 2021. Although discovery has diligently progressed since the Scheduling Order was filed on June 21, 2021, additional time is required to work through scheduling issues so that discovery may be completed. Discovery has been delayed due to Plaintiff being an Active Duty Air Force Reservist who has been sent to other duty locations on temporary orders (TDY) through the last four (4) months resulting in delays in discovery responses. In addition, the majority of Plaintiff's medical care alleged to be related to the matter was conducted at Mike O'Callaghan Federal Hospital, Nellis Air Force Base and the applicable medical records have been slow to be produced due to the number of clinics and providers that must be coordinated for a complete record. It has also been difficult to procure the appropriate curriculum vitae, and related documents from many of the providers at the Air

Force Base due to the transitory nature of the medical providers who are all active duty military personnel no longer assigned to Nellis Air Force Base, or on TDY to other facilities world-wide in Covid Relief or Military Operations.

This is the first request for an extension of discovery deadlines in this matter. The parties have agreed to an eighty (80) day extension of discovery deadlines to ensure that the necessary discovery is completed.

4. Proposed Schedule for Completing Discovery

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| EVENT | FORMER DEADLINE | NEW DEADLINE |
|---|---|---|
| Motions to amend pleadings and add parties | September 7, 2021 | Closed |
| Initial Expert Disclosures | October 7, 2021 | December 27, 2021 |
| Rebuttal Expert Disclosures | November 6, 2021 | January 26, 2022 |
| Discovery Cut Off | December 6, 2021 | February 25, 2022 |
| Dispositive Motions | January 5, 2022 | March 28, 2022 |
| Joint Pre-Trial Order | February 4, 2022 | April 27, 2022 |

. . .

. . .

Counsel for both parties further state that the requested extension of discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED this 2nd day of November, 2021.           DATED this 2nd day of November, 2021.

MOSS BERG INJURY LAWYERS                          BREMER WHYTE BROWN & O'MEARA LLP

*/s/ Boyd B. Moss*                                            */s/ Matthew J. Cook*
BOYD B. MOSS III, ESQ.                                 DEVIN R. GIFFORD, ESQ.
Nevada Bar No. 8856                                       Nevada Bar No. 14055
JOHN C. FUNK, ESQ.                                     MATTHEW J. COOK, ESQ.
Nevada Bar No. 9255                                       Nevada Bar No. 15028
4101 Meadows Lane, Suite 110                      1160 North Town Center Drive Suite 250
Las Vegas, Nevada 89107                                Las Vegas, Nevada 89144
*Attorneys for Plaintiff*                                       *Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

DATED this 2nd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

MOSS BERG INJURY LAWYERS

*/s/ Boyd B. Moss*
BOYD B. MOSS, III, ESQ.
Nevada Bar No. 8856
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
4101 Meadows Lane
Suite 110
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*