1  DEVIN R. GIFFORD, ESQ.
   Nevada State Bar No. 14055
2  MATTHEW J. COOK, ESQ.
   Nevada State Bar No. 15028
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE: (702) 258-6665
   FACSIMILE: (702) 258-6662
6  dgifford@bremerwhyte.com
   mcook@bremerwhyte.com
7
   Attorneys for Defendant,
8  JAMES RIVER INSURANCE COMPANY
   (erroneously referred to as James River Insurance)
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASMYNN RUSSELL, | Case No. 2:21-cv-00545 |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| JAMES RIVER INSURANCE; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

COME NOW, Defendant James River Insurance Company (erroneously referred to as "James River Insurance," and hereinafter referred to as "Defendant James River Insurance Company"), by and through its attorneys of record, Devin R. Gifford, Esq. and Matthew J. Cook, Esq. of Bremer, Whyte, Brown & O'Meara, LLP, and Plaintiff Jasmynn Russell ("Plaintiff Russell"), by and through her attorneys of record Boyd B. Moss III, Esq. and John C. Funk, Esq. of Moss Berg Injury Lawyers, and hereby stipulate to dismiss Plaintiff Russell's Operative Complaint against all Defendants, including Defendant James River Insurance Company, with prejudice.

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1356.145 4860-1974-1006.1

1  Each party to bear their own costs and attorneys' fees.

2

3  DATED this 9th day of March 2023.        DATED this 9th day of March 2023.

4  MOSS BERG INJURY LAWYERS              BREMER, WHYTE, BROWN &
5                                         O'MEARA, LLP

6

7  /s/ Boyd B. Moss III, Esq.              /s/ Devin R. Gifford, Esq.
   BOYD B. MOSS III, ESQ.                  DEVIN R. GIFFORD, ESQ.
8  Nevada State Bar No. 8856               Nevada State Bar No. 14055
                                           MATTHEW J. COOK, ESQ.
9  JOHN C. FUNK, ESQ.                      Nevada State Bar No. 15028
   Nevada State Bar No. 9255               1160 North Town Center Drive, Suite 250
10 4101 Meadows Lane, Suite 110            Las Vegas, NV 89144
11 Las Vegas, NV 89107                     Attorneys for Defendant,
   Attorneys for Plaintiff,                James River Insurance Company
12 Jasmynn Russell                         (erroneously referred to as James River
13                                         Insurance)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1356.145  4860-1974-1006.1
4860-1974-1006, v. 1

**ORDER**

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that Plaintiff Russell's Operative Complaint and all claims against all Defendants, including Defendant James River Insurance Company, is dismissed with prejudice. Each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED this 10th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:
BREMER, WHYTE, BROWN & O'MEARA, LLP

_____
DEVIN R. GIFFORD, ESQ.
Nevada State Bar No. 14055
MATTHEW J. COOK, ESQ.
Nevada State Bar No. 15028
Attorneys for Defendant,
James River Insurance Company
(erroneously referred to as James River Insurance)

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1356.145  4860-1974-1006.1
4860-1974-1006, v. 1